Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
T: (619) 233-7770
F: (619) 297-1022

Attorneys for Eric Montegna

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Montegna<br><br>                    Plaintiff,<br>v.<br><br>Monarch Recovery Management, Inc.<br><br>                    Defendant. | **Case No: 13-CV-1774-WQH-BLM**<br><br>**Notice Of Settlement**<br><br>**Judge: Hon. William Q. Hayes** |

///
///
///
///
///
///
///
///
///

NOTICE IS HEREBY GIVEN that this action, has been settled between Plaintiff Eric Montegna and Defendant Monarch Recovery Management, Inc. Counsel for Eric Montegna requests the Court retain complete jurisdiction over this matter for sixty days to allow entry of dismissal or to allow the matter to be reopened upon a good faith showing that the settlement has not been fully executed and that further litigation is necessary.

Respectfully submitted,

**Hyde & Swigart**

Date: October 9, 2013                    By: /s/Jessica R. K. Dorman
                                             Jessica R. K. Dorman
                                             Attorneys for Plaintiff