FILED

13 DEC -6 AM 11: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ERIC MONTEGNA, | Case No: 3:13-cv-01774-WQH-BLM |
|---|---|
| PLAINTIFF, | ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE |
| V. | |
| MONARCH RECOVERY MANAGEMENT, INC., | |
| DEFENDANT. | |

IT IS HEREBY ORDERED that the Joint Motion for Dismissal of Action With Prejudice is GRANTED. (ECF No. 14). This action is dismissed with prejudice.

Dated: 12/4/13

_____
HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE